UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 16-20623

v.                                             Honorable John Corbett O'Meara

RAID E. JAMIL, a/k/a BRIAN JAMIL,

    Defendant.
_____/

# ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF SENTENCING OF INCARCERATION

This matter came before the court on defendant Raid E. Jamil's April 4, 2017 Motion for Reconsideration of Sentencing of Incarceration. The government filed a response April 5, 2017; and Defendant filed a reply brief April 6, 2017. No oral argument was heard.

On March 28, 2017, this court sentenced defendant Jamil to six months' incarceration and one year of supervised release. The court also ordered Jamil to pay $35,875.00 in restitution to the IRS. Defendant Jamil now seeks reconsideration of that sentence.

In his brief Jamil cites cases, most from other jurisdictions, in which persons convicted of tax fraud in amounts greater than his own have not received jail time.

The court is not in a position to know the details of the cases defendant Jamil finds comparable to his. However, the court did sentence Jamil to the fewest number of months set forth in the applicable range of the Sentencing Guidelines.

## ORDER

It is hereby **ORDERED** that defendant Jamil's April 4, 2017 motion for reconsideration is **DENIED.**

                                                          s/John Corbett O'Meara
                                                          United States District Judge

Date: April 25, 2017


I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 25, 2017, using the ECF system.

                                                          s/William Barkholz
                                                          Case Manager